BRIAN E. CLAYPOOL (SBN 134674)
THE CLAYPOOL LAW FIRM
1055 East Colorado Blvd., 5th Floor
Pasadena, CA 91106
Telephone: (626) 664-9489
Facsimile: (626) 796-9951

ERIC R. MAIER (SBN 182808)
LOUIS E. SHOCH (SBN 205557)
MAIER SHOCH LLP
1001 Hermosa Avenue, Suite 206
Hermosa Beach, CA 90254
Telephone:  (310) 994-9480
Facsimile:   (310) 496-0985

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STROM, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF CRESCENT CITY, CALIFORNIA, a political subdivision of the State of California; COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; DOMINICK MELLOW, an individual; ERIC CAPONE, an individual; ALYSSA SCOTT, an individual; and DOES 1 through 9 inclusive,<br><br>  Defendants. | Case No.: 08-CV-4708-SI<br><br>**[PROPOSED] ORDER GRANTING MAIER SHOCH LLP'S REQUEST TO WITHDRAW AS CO-COUNSEL OF RECORD** |

1  Having considered Maier Shoch LLP's Request to Withdraw As Co-Counsel of Record (the
2  "Request"), made with the consent of the plaintiff and all of the parties, the Court hereby GRANTS
3  the Request and orders that Eric R. Maier and Louis E. Shoch of the law firm Maier Shoch LLP are
4  no longer co-counsel of record for Plaintiff in this matter.

DATED:_____  _____
U.S. District Court Judge

Maier PC

# CERTIFICATE OF SERVICE

I, Eric R. Maier, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1001 Hermosa Avenue, Suite 206, Los Angeles, California 90254, in said County and State; I am a member of the bar of this Court; on February 12, 2009, I served the within:

**PROPOSED ORDER GRANTING MAIER SHOCH LLP'S MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD**

by placing true copies thereof in envelopes addressed to the attorneys of record as follows:

Mr. Brian Strom
P.O. Box 337
Crescent City, CA 95531
*Plaintiff*

Brian E. Claypool, Esq.
Claypool Law Firm
1055 East Colorado Blvd., 5th Floor
Pasadena, CA 91106
*Attorney for Plaintiff*

William D. Ayres, Esq.
Harr, Arthoffer & Ayres
930 Executive Way, Suite 200
Redding, CA 96001
*Attorneys for Defendants*

John M. Vrieze
Mitchell, Brisso, Delaney & Vrieze
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502
*Attorneys for Defendants*

☑ BY MAIL: I caused to be placed a true copy in a sealed envelope addressed as indicated above, on February 12, 2009. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that the foregoing documents and all copies made from same were printed on recycled paper, and that this Certificate of Service was executed by me on February 12, 2009.

By: /s/ Maier

Maier PC

08-CV-4708-SI        [PROPOSED] ORDER GRANTING REQUEST TO WITHDRAW AS CO-COUNSEL