IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN STORM,

        Plaintiff,

v.

CRESCENT CITY OF,

        Defendant.

    /

No. C 08-04708 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 10, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 18, 2009</u>.

DESIGNATION OF EXPERTS: <u>Liability - 1/11/10, Damage - 5/14/10</u>;.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>Liability - 2/12/10, Damage - 6/18/10</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 12, 2010</u>;

    Opp. Due <u>March 26, 2010</u>;  Reply Due <u>April 2, 2010</u>;

    and set for hearing no later than <u>April 16, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>July 27, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>August 9, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur no later than April 14, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                        SUSAN ILLSTON
                        United States District Judge