IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN STORM,

        Plaintiff,

v.

CRESCENT CITY OF,

        Defendant.
                                /

No. C 08-04708 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 19, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 12, 2010.

DESIGNATION OF EXPERTS: 2/26/10; REBUTTAL DESIGNATION: 3/8/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 31, 2010

DISPOSITIVE MOTIONS **SHALL** be filed by April 30, 2010;

    Opp. Due May 14, 2010; Reply Due May 21, 2010;

    and set for hearing no later than June 4, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 7, 2010 at 3:30 PM.

JURY TRIAL DATE: September 13, 2010, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court continued the trial schedule as indicated above.

This case shall be referred to the Court's mediation program. The mediation session shall occur within 90 days. The previous referral to ENE is vacated.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                              SUSAN ILLSTON
                                              United States District Judge

**United States District Court**
For the Northern District of California