WILLIAM D. AYRES, SBN: 098901
AYRES & ASSOCIATES
1330 West Street, Suite C
Redding, CA 96001
Telephone: (530) 229-1340
Facsimile: (530) 229-1345

Attorneys for Defendants CITY OF
CRESCENT CITY; DOMINICK
MELLOW and ERIC CAPONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STROM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CRESCENT CITY, CALIFORNIA, a political subdivision of the State of California; COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; DOMINICK MELLOW, an individual; ERIC CAPONE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV-08-4708<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MEDIATION** |

TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

IT IS HEREBY STIPULATED between the parties by and through their respective attorneys of record that the deadline to complete Mediation in this matter, originally ordered to be completed by February 1, 2010, be extended to March 15, 2010.

1

The parties are requesting an extension of the mediation deadline based on the fact that William D. Ayres, attorney for Defendants CITY OF CRECENT CITY, DOMINICK MELLOW, and ERIC CAPONE, was trial counsel in a Jury Trial in Mendocino County Superior Court (*Murray v. Iacuaniello*, Mendocino County Superior Court Case No. 07-99771) from January 11, 2010, to January 29, 2010. The trial lasted longer than expected and prevented the Mediation, which had been scheduled for January 26, 2010, from going forward.

Dated: February 5, 2010                /s/ William D. Ayres_____
                                       WILLIAM AYRES
                                       Attorneys for Defendants
                                       CITY OF CRESCENT CITY and OFFICER
                                       JUSTIN GILL


Dated: February 5, 2010                 \_/s/BrianClaypool_____
                                       BRIAN CLAYPOOL
                                       Co-Counsel for Plaintiffs


Dated: February 5, 2010                /s/ Dale Galipo_____
                                       DALE GALIPO
                                       Co-Counsel for Plaintiffs


Dated: February 5, 2010                /s/ John Vrieze_____
                                       JOHN VRIEZE
                                       Attorney for Defendant
                                       COUNTY OF DEL NORTE

Strom v. City of Crescent City: Stip re Mediation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STROM, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CRESCENT CITY, CALIFORNIA, a political subdivision of the State of California; COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; DOMINICK MELLOW, an individual; ERIC CAPONE, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  CV-08-4708<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MEDIATION** |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED based upon the stipulation of the parties that the mediation deadline in this matter be extended to March 15, 2010.

Dated: _____, 2010

_____
HONORABLE SUSAN ILLSTON
Judge, US District Court

3

Strom v. City of Crescent City: Stip re Mediation