WILLIAM D. AYRES, SBN: 098901
AYRES & ASSOCIATES
1330 West Street, Suite C
Redding, CA 96001
Telephone: (530) 229-1340
Facsimile: (530) 229-1345

Attorneys for Defendants CITY OF
CRESCENT CITY; DOMINICK
MELLOW and ERIC CAPONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STROM, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF CRESCENT CITY, CALIFORNIA, a political subdivision of the State of California; COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; DOMINICK MELLOW, an individual; ERIC CAPONE, an individual; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.:  CV-08-4708<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY **STIPULATED** by and between the parties to this action through their designated counsel that a settlement that was reached during mediation, and that all causes of action against Defendants CITY OF CRESCENT CITY, CALIFORNIA, DOMINICK MELLOW, and ERIC CAPONE in the above stated action be and hereby are dismissed *with prejudice* pursuant to FRCP 41(a)(1) with each of these parties to bear their own cost and

1

Strom v. City of Crescent City:

attorney's fees. All causes of action against Defendants Del Norte County and Alyssa Scott remain in this action since no settlement was reached with these parties.

Dated: April ____, 2010

_____
BRIAN CLAYPOOL, ESQ.
Attorney for Plaintiff

Dated: April ____, 2010

_____
DALE GALIPO, ESQ.
Attorney for Plaintiff

Dated: April 30, 2010

_____
WILLIAM D. AYRES
Attorney for Defendants
CITY OF CRESCENT CITY, DOMINIC MELLO, and ERIC CAPON

Dated: April ____, 2010

_____
JOHN VRIEZE, ESQ.
Attorney for Defendant
DEL NORTE COUNTY

Strom v. City of Crescent City:

attorney's fees. All causes of action against Defendants Del Norte County and Alyssa Scott remain in this action since no settlement was reached with these parties.

Dated: April 30, 2010

_____
BRIAN CLAYPOOL, ESQ.
Attorney for Plaintiff

Dated: April 30, 2010

_____
DALE GALIPO, ESQ.
Attorney for Plaintiff

Dated: April ____, 2010

_____
WILLIAM D. AYRES
Attorney for Defendants
CITY OF CRESCENT CITY, DOMINIC MELLO, and ERIC CAPON

Dated: April ____, 2010

_____
JOHN VRIEZE, ESQ.
Attorney for Defendant
DEL NORTE COUNTY

2

Strom v. City of Crescent City:

attorney's fees. All causes of action against Defendants Del Norte County and Alyssa Scott remain in this action since no settlement was reached with these parties.

Dated: April ____, 2010

BRIAN CLAYPOOL, ESQ.
Attorney for Plaintiff

Dated: April ____, 2010

DALE GALIPO, ESQ.
Attorney for Plaintiff

Dated: April ____, 2010

WILLIAM D. AYRES
Attorney for Defendants
CITY OF CRESCENT CITY, DOMINIC MELLO, and ERIC CAPON

Dated: 5-10-10 ~~April ____, 2010~~

JOHN VRIEZE, ESQ.
Attorney for Defendant
DEL NORTE COUNTY

IT IS SO ORDERED
Judge Susan Illston

2

Strom v. City of Crescent City: