IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN STROM,

       Plaintiff,

  v.

CRESCENT CITY OF,

       Defendant.
                             /

No. C 08-04708 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: August 24, , 2010 at 3:30 PM.

JURY TRIAL DATE: September 7, 2010, 2010 at 8:30 AM., Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court adjusted the trial schedule as indicated above.
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur in July 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                      SUSAN ILLSTON
                                      United States District Judge