John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants County of Del Norte
and A'Lissa Scott

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN STROM, an individual,

        Plaintiffs,

    vs.

CITY OF CRESCENT CITY,
CALIFORNIA, a political subdivision of
the State of California; COUNTY OF DEL
NORTE, CALIFORNIA, a political
subdivision of the State of California;
DOMINICK MELLOW, an individual;
ERIC CAPONE, an individual; ALYSSA
SCOTT, an individual; and DOES 1
through 9 inclusive,

        Defendants.

CASE NO.: CV 08-4708 SI

**STIPULATED ORDER OF
DISMISSAL**

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

STIPULATED ORDER OF DISMISSAL

1      IT IS STIPULATED by and between plaintiff Brian Strom, individually, by and

2  through their attorneys, Law Office of Dale Galipo and Claypool Law Firm, and

3  COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of

4  California, and A'Lissa Scott, erroneously named in the pleadings as Alyssa Scott, by and

5  through their attorneys, the Law Offices of Mitchell, Brisso, Delaney & Vrieze, LLP,

6  subject to approval of the Court as follows:

7      1) All claims presented by the Complaint of plaintiff Brian Strom, as to the

8  County of Del Norte and A'Lissa Scott in the above-entitled matter shall be dismissed

9  with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil

10  Procedure;

11      2) All parties to this stipulation to bear their own costs and attorneys' fees.

12

13  DATED: 9/9/10                    Law Office of Dale Galipo

14

15  By: _____
                                      Dale Galipo
16                                    Attorney for Plaintiff

17  DATED: 9/9/10                    Claypool Law Firm

18

19  By: _____
20                                    Brian Claypool
                                      Attorney for Plaintiff
21

22  DATED: 9/20/10                   MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

23

24  By: _____
25                                    John M. Vrieze
                                      Attorneys for Defendants
26

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
**STIPULATED ORDER OF DISMISSAL**

1

2       *************************************

3

4   **IT IS SO ORDERED.**

5

6   DATED: _____        _____
                            Honorable Judge Susan Illston

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**STIPULATED ORDER OF DISMISSAL**